

Mikhail Ratner
mikhail@lumen.law

March 27, 2020

**Via ECF**
Hon. Gregory H. Woods
United States District Court
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**

Re: *Shnyra, et al. v. State Street Bank and Trust Co., Inc.*, Case No. 19-cv-02420 (GHW)

Dear Judge Woods:

As you know, my firm represents the three Plaintiffs in the above-referenced matter. I write to respectfully request a one-week adjournment: (1) to April 10, 2020, of the initial pre-trial conference, currently scheduled for April 3, 2020 pursuant to this Court's order. *See* Docket Nos. 30 & 31. I further request that the Court also adjourn, to April 3, 2020, the time for parties to submit a joint letter and proposed Case Management Plan, currently due by March 27, 2020.

There is good cause for this request as several health scares (both of my own and my elderly father) have strained and scrambled my work schedule, even beyond the general stress associated with the current pandemic. This is my first such request and I make it with consent from Defendant's counsel.

I thank the Court beforehand for its consideration of this request.

Respectfully,

/s/ Mikhail Ratner

Mikhail Ratner

---

Application granted. The initial pretrial conference scheduled for April 3, 2020 is adjourned to April 10, 2020 at 11:30 a.m. The joint status letter and proposed case management plan described in the Court's March 9, 2020 order, Dkt. No. 30, are due no later than April 3, 2020. The initial pretrial conference will be held via conference call. The parties are directed to the Court's Emergency Rules related to the COVID-19 pandemic, which are available on the Court's website, for dial-in numbers for the conference and other relevant information.

SO ORDERED.

Dated: March 30, 2020

GREGORY H. WOODS
United States District Judge