USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/20



Mikhail Ratner
mikhail@lumen.law

April 3, 2020

**Via ECF**
Hon. Gregory H. Woods
United States District Court
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**

Re: *Shnyra, et al. v. State Street Bank and Trust Co., Inc.*, Case No. 19-cv-02420 (GHW)

Dear Judge Woods:

As you know, my firm represents the three Plaintiffs in the above-referenced matter. I write to respectfully request a two-week adjournment, to April 24, 2020, of the initial pre-trial conference, currently scheduled for April 10, 2020 pursuant to this Court's order. *See* Docket Nos. 36. I further request that the Court also adjourn, to April 17, 2020, the time for parties to submit a joint letter and proposed Case Management Plan, currently due by April 3, 2020.

There is good cause for this request: my wife has contracted COVID-19. Given my wife's and my older son's history of asthma, I need to focus my energies on keeping my family's health. This is my second such request and I make it with consent from Defendant's counsel.

I thank the Court beforehand for its consideration of this request.

Respectfully,

**/s/ Mikhail Ratner**

Mikhail Ratner

Application granted. The initial pretrial conference scheduled for April 10, 2020 is adjourned to May 7, 2020 at 1:00 p.m. The joint status letter and proposed case management plan described in the Court's March 9, 2020 order, Dkt. No. 30, are due no later than April 30, 2020. The initial pretrial conference will be held via conference call. The parties are directed to the Court's Emergency Rules related to the COVID-19 pandemic, which are available on the Court's website, for dial-in numbers for the conference and other relevant information.
SO ORDERED.

Dated: April 5, 2020

_____
GREGORY H. WOODS
United States District Judge

28 Liberty Street, 6th Floor, New York, NY 10005  (212) 498-9816    WWW.LUMEN.LAW