# GOTTLIEB & ASSOCIATES
### ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

April 22, 2020

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court Judge
United States District Court Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2020
```

      Re:   *Matzura v. Streamside RV Park and Golf Course, Inc.,*
            Case No. 19-cv-8565-MKV

Dear Judge Vyskocil:

      The undersigned represents Steven Matzura, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Streamside RV Park and Golf Course, Inc., ("Defendant"). Due to the COVID-19 emergency, I respectfully request that the Initial Conference scheduled for May 7, 2020 at 10:30 AM (Dkt. 16), be adjourned *sine die*. Defendant's counsel joins in this request.

      I appreciate Your Honor's consideration during this unprecedented time.

                                                                    Respectfully submitted,

                                                                    GOTTLIEB & ASSOCIATES

                                                                  *s/ Jeffrey M. Gottlieb, Esq.*

                                                                  Jeffrey M. Gottlieb, Esq.

cc: All counsel of record via ECF

---

**Granted. SO ORDERED.**

Date: April 30, 2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge