

**NIXON PEABODY LLP**
**ATTORNEYS AT LAW**

NIXONPEABODY.COM
@NIXONPEABODYLLP

**David A. Tauster**
*Associate*
T 516-832-7559
dtauster@nixonpeabody.com

50 Jericho Quadrangle
Suite 300
Jericho, NY  11753-2728
516-832-7500

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/29/20
```

July 28, 2020

*Via ECF*

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**

    RE:    **Shnyra, et al. v. State Street Bank and Trust Co., Inc.
Docket No. 19-cv-02420**

Dear Judge Woods:

    As you know, this firm represents State Street Bank and Trust Co., Inc. ("State Street") in the above referenced matter. We write pursuant to request an extremely limited adjournment of the pre-motion conference, presently scheduled for July 30, 2020 at 11:00 a.m., regarding State Street's anticipated motion to compel. The adjournment is necessary because undersigned counsel has a prior commitment at 11:00 a.m. (scheduled to run until 12:00 p.m.) on July 30, and the other counsel for State Street, David Rosenthal, is otherwise engaged in an all-day mediation on July 30.

    Except as set forth above, we available at the court's convenience on July 30 or July 31, and could provide additional availability if requested.

    We thank Your Honor for all courtesies extended.

    Respectfully submitted,
    Nixon Peabody LLP
    */s/ David A. Tauster*
    David A. Tauster

cc:    All counsel of record (via ECF)

Application granted.  The conference scheduled for 11:00 a.m. on July 30, 2020 will be held at 9:30 a.m. on the same day.
SO ORDERED.

Dated:  July 28, 2020

_____
GREGORY H. WOODS
United States District Judge