

Mikhail Ratner
mikhail@lumen.law

November 30, 2020

**Via ECF**
Hon. Gregory H. Woods
United States District Court
500 Pearl Street
New York, New York 10007

  Re: *Ksenia Shnyra, et al. v. State Street Bank and Trust Co., Inc.,*
     Case No. 19-cv-02420 (GHW)

Dear Judge Woods:

  I represent the plaintiffs in the above-captioned matter and write to respectfully request that, for the reasons set forth in the enclosed Declaration of Ksenia Shnyra, Plaintiffs be allowed to participate in the upcoming December 2, 2020 conference with this Court.

              Respectfully,

              */s/ Misha Ratner*

              Mikhail Ratner

Encls.

cc: all opposing counsel (via ECF)