USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
KSENIA SHNYRA, ALEXANDER :
REYNGOLD, and KENNETH WALKER, :
:
Plaintiffs, :
-v- :    1:19-cv-02420-GHW
:
STATE STREET BANK AND TRUST CO., :    ORDER
INC., :
Defendant. :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On December 2, 2020, the Court held a conference in this matter. Because Plaintiffs' counsel was unable to attend, that conference was adjourned to December 7, 2020 at 2:00 p.m. Plaintiffs' counsel is expected to attend the conference, unless all individual plaintiffs elect to proceed *pro se*.

The parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19 available on the Court's website, and are specifically directed to comply with Emergency Rule 2(c).

SO ORDERED.

Dated: December 2, 2020

_____
GREGORY H. WOODS
United States District Judge