```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
KSENIA SHNYRA, ALEXANDER :
REYNGOLD, and KENNETH WALKER, :
:
Plaintiffs, :
:
-v- :  1:19-cv-02420-GHW
:
STATE STREET BANK AND TRUST CO., :  ORDER
INC., :
Defendant. :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On December 7, 2020, the Court held a conference in this matter. For the reasons stated on the record, the deadline for Plaintiffs to complete their outstanding written discovery is January 15, 2021. The deadline for Defendant to complete its document production is February 1, 2021. If Plaintiffs have any objections to Defendant's proposed search protocol, they are directed to inform Defendant by December 14, 2020.

The deadline for the completion of all fact discovery is extended to July 16, 2021. The deadline for the completion of depositions is extended to June 29, 2021. The deadline for requests to admit is extended to June 17, 2020. The deadline for the completion of all expert discovery is extended to September 3, 2021. Every party-proponent of a claim (including any counterclaim, cross-claim, or third-party claim) that intends to offer expert testimony in respect of such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by July 16, 2021. Every party-opponent of such claim that intends to offer expert testimony in opposition to such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by June 30, 2021. The deadline for submission of motions for summary judgment, if any, is extended to September 29, 2021. The status conference scheduled for June 17, 2021 is adjourned to September 17, 2021 at 4:00 p.m. The joint status letter requested in the case management plan and scheduling order entered on May 22, 2020, Dkt. No. 46,

is due no later than September 10, 2021.  Except as expressly modified by this order, the case management plan entered by the Court on May 22, 2020, Dkt. No. 46, remains in full force and effect.

    SO ORDERED.

Dated:  December 10, 2020

                                                      GREGORY H. WOODS
                                               United States District Judge