```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
KSENIA SHNYRA, ALEXANDER :
REYNGOLD, and KENNETH WALKER, :
:
Plaintiffs, :
:
-v- :   1:19-cv-02420-GHW
:
STATE STREET BANK AND TRUST CO., :
INC., :   ORDER
:
Defendant. :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On December 28, 2020, the Court held a conference regarding Mikhail Ratner's motion to withdraw as counsel for Plaintiffs. Mr. Ratner's motion to withdraw was granted. Dkt. No. 94. The Court directed Mr. Ratner to submit a letter listing each Plaintiff's address, telephone number, and email address and noted that after Mr. Ratner filed that letter, the Court would terminate him from the list of active counsel in this case. *Id.* Mr. Ratner filed the requested letter on January 7, 2021. Dkt. No. 97. Therefore, Mr. Ratner will be terminated from the list of active counsel.

To allow Plaintiffs time to attempt to retain replacement counsel, this action is stayed until January 29, 2021. The stay will be lifted immediately as of that date, regardless of whether or not replacement counsel has entered a notice of appearance in this action. If no counsel appears, the Court understands that each plaintiff will proceed representing herself or himself *pro se*.

The deadline for Plaintiffs to complete their outstanding written discovery is extended to March 1, 2021. The deadline for Defendant to complete its document production is extended to March 15, 2021. If Plaintiffs have any objections to Defendant's proposed search protocol, they are directed to inform Defendant by February 8, 2021.

The deadline for the completion of all fact discovery is extended to September 1, 2021. The deadline for the completion of depositions is extended to August 16, 2021. The deadline for requests to admit is extended to August 1, 2021. The deadline for the completion of all expert discovery is extended to October 18, 2021. Every party-proponent of a claim (including any counterclaim, cross-claim, or third-party claim) that intends to offer expert testimony in respect of such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by September 1, 2021. Every party-opponent of such claim that intends to offer expert testimony in opposition to such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by September 15, 2021. The deadline for submission of motions for summary judgment, if any, is extended to November 18, 2021. The status conference scheduled for September 17, 2021 is adjourned to November 1, 2021 at 4:00 p.m. The joint status letter requested in the case management plan and scheduling order entered on May 22, 2020, Dkt. No. 46, is due no later than October 25, 2021. Except as expressly modified by this order, the case management plan entered by the Court on May 22, 2020, Dkt. No. 46, remains in full force and effect.

The Clerk of Court is directed to terminate Mr. Ratner from the list of active counsel in this case. The Clerk of Court is further directed to update Plaintiffs' contact information as follows:

Dr. Ksenia Shnyra
72 Exeter Street
Brooklyn, NY 11235
Phone: (631) 375-5533
E-Mail: kseniashnyra@me.com

Alexander Reyngold
Oceana Dr. West Apt #3A
Brooklyn, NY 11235
Phone: (917) 306-8596
E-Mail: areyngold@aya.yale.edu

Kenneth Walker
110 Ramona Court
New Rochelle, NY 10804
Phone: (914) 262-1068
E-Mail: kwalker621@yahoo.com

The Clerk of Court is directed to mail a copy of this order to Plaintiffs via first class and certified mail at the addresses listed above.

SO ORDERED.

Dated: January 7, 2021

_____
GREGORY H. WOODS
United States District Judge