```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
KSENIA SHNYRA, ALEXANDER REYNGOLD, :
and KENNETH WALKER,                                               :
                                                                  :
                                      Plaintiffs,                 :
                                                                  :
                  -v -                                            :
                                                                  :
STATE STREET BANK and TRUST CO.,                                  :
INC.,                                                             :
                                      Defendants.                 :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2021

1:19-cv-02420-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

On February 22, 2021, Plaintiffs filed a letter raising a series of discovery issues and requesting a teleconference to discuss them. Dkt. No. 101. Plaintiffs' request for a telephone conference is granted. The Court will hold a teleconference concerning the issues raised in Plaintiffs' letter on March 30, 2021, at 10:00 a.m. The parties are directed to use the dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19 available on the Court's website and are specifically directed to comply with Emergency Rule 2(C). The Court reminds Plaintiffs that each of them must appear at the conference if they wish the Court to consider their concerns.

The Clerk of Court is directed to mail a copy of this order to Plaintiffs by first class and certified mail.

SO ORDERED.

Dated: March 17, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge