```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
KSENIA SHNYRA, ALEXANDER :
REYNGOLD, and KENNETH WALKER, :
:
:
Plaintiffs, :
-v- :  1:19-cv-02420-GHW
:
:
STATE STREET BANK AND TRUST CO., :
INC., :  ORDER
:
Defendant. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court is lifting the stay entered on June 4, 2021. Dkt. No. 108. An amended case management plan and scheduling order will be filed by separate order.

The Clerk of Court is directed to note on the docket that the stay in this case has been lifted.

SO ORDERED.

Dated: October 21, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge