USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                    :

KSENIA SHNYRA, ALEXANDER
REYNGOLD, and KENNETH WALKER,

                                 Plaintiffs,

              -v-

STATE STREET BANK AND TRUST CO.,
INC.,

                                Defendant.

------------------------------------------------------------ X

1:19-cv-02420-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On November 8, 2021, Plaintiffs filed a motion for reconsideration of the Court's October 25, 2021 Order.  Dkt. No. 124.  Any opposition to Plaintiffs' motion is due on or before November 23, 2021.  Plaintiffs' reply, if any, is due one week after the date of service of the opposition.

Plaintiffs are directed to serve a copy of this order and their motion for reconsideration on Plaintiffs' former counsel, Mikhail Ratner.

SO ORDERED.

Dated:  November 9, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge